> **Motion GRANTED. Sentencing reset for 11/1/12 at 3:00 PM**
>
> *[Signed] Judge Trauger*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-cr-00082 - 6 |
| | ) | |
| CHANNIN A. RANDOLPH | ) | JUDGE TRAUGER |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Channin A. Randolph, by and through counsel of record, Robert D. Massey, and for his Motion to Continue Sentencing Hearing would show unto the Court the following:

1. The Defendant entered an open plea on June 26, 2012.
2. The sentencing hearing has heretofore been scheduled for September 26, 2012 at 1:00 p.m.
3. The parties are in the process of scheduling a safety valve meeting and have other issues relative to sentencing which they are attempting to resolve.
4. Counsel for the defendant and the government are communicating with the probation officer relative to needed information for the presentence report.
5. Counsel for the government, Sunny Koshy, has no objection to the request for a continuance of the sentencing hearing scheduled as set forth above.
6. The defendant consents to the rescheduling of the hearing.

WHEREFORE, comes now the defendant who moves for a continuance of the sentencing hearing heretofore scheduled on September 26, 2012, and for the Court to schedule a new date and time for same.